# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| **MUSSE NADIFO, et al,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:21-cv-636-RGJ |
| | ) | |
| Vs. | ) | Judge Rebecca Grady Jennings |
| | ) | |
| **PARKER-HANNIFIN CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiffs, Musse Nadifo, et al, by counsel, and hereby files this Notice of Voluntary Dismissal Without Prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Fed. R. Civ. Proc. 41(a)(1)(A), provides that the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. "Unless the notice of stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. Proc. 41(a)(1)(B).

In this action, Defendant has not filed an answer or a motion for summary judgment, nor have they filed any cross-claim or counter-claim. Therefore, Plaintiffs, hereby dismiss this action in its entirety without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully Submitted,

*s/ Brian G. Abell*
Brian G. Abell
ABELL ATTORNEYS
1387 S. 4th St.
Louisville, Kentucky 40208
P: 502-242-7185
F: 502-634-9119
Brian@attorneyabell.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to counsel of record:

Jamie M. Goetz-Anderson
Adair M. Smith
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
Email: Jamie.goetz-anderson@jacksonlewis.com
Email: adair.smith@jacksonlewis.com
*Counsel for Defendant*

>                                     *s/ Brian G. Abell*
>                                     Brian G. Abell